# Exhibit 1

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## VA 2-441-336

**Effective Date of Registration:**
March 09, 2025
**Registration Decision Date:**
April 14, 2025

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published:   March 25, 2024 to November 19, 2024

### Title

| | |
|---|---|
| **Title of Group:** | swimwear 2024 0307 |
| **Number of Photographs in Group:** | 747 |

- **Individual Photographs:** 5126021-1,
5126021-2,
5126021-3,
5126021-4,
5126021-5,
5126021-6,
5126021-7,
5126021-8,
5123802-1,
5123802-2,
5123802-3,
5123802-4,
5123802-5,
5123802-6,
5123802-7,
5123802-8,
5125880-1,
5125880-2,
5125880-3,
5125880-4,
5125880-5,
5125880-6,
5125880-7,
5125880-8,
5125880-9,
5125880-10,
5125880-11,

**Published:** March 2024

- **Individual Photographs:** 5127714-1,
5127714-2,
5127714-3,
5127714-4,

5127714-5,
5127714-6,
5127714-7,
5127714-8,
5127526-1,
5127526-2,
5127526-3,
5127526-4,
5127526-5,
5127526-6,
5127526-7,
5127526-8,
5127712-1,
5127712-2,
5127712-3,
5127712-4,
5127712-5,
5127712-6,
5127712-7,
5127712-8,
5126712-1,
5126712-2,
5126712-3,
5126712-4,
5126712-5,
5126712-6,
5126712-7,
5126712-8,
5126712-9,
5117962-1,
5117962-2,
5117962-3,
5117962-4,
5117962-5,
5117962-6,
5117962-7

**Published:**   April 2024

- **Individual Photographs:**   5129398-1,
5129398-2,
5129398-3,
5129398-4,
5129398-5,
5129398-6,
5129398-7,
5129398-8,
5129398-9,
5128493-1,
5128493-2,
5128493-3,
5128493-4,
5128493-5,
5128493-6,
5128493-7,
5128493-8,
5128493-9,
5128493-10,
5129564-1,

5129564-2,
5129564-3,
5129564-4,
5129564-5,
5129564-6,
5129564-7,
5129564-8,
5129564-9,
5129867-1,
5129867-2,
5129867-3,
5129867-4,
5129867-5,
5129867-6,
5129867-7,
5129867-8,
5129867-9,
5129867-10,
5129867-11,
5128500-1,
5128500-2,
5128500-3,
5128500-4,
5128500-5,
5128500-6,
5128500-7,
5128500-8,
5128500-9,
5129565-1,
5129565-2,
5129565-3,
5129565-4,
5129565-5,
5129565-6,
5129565-7,
5129565-8,
5129675-1,
5129675-2,
5129675-3,
5129675-4,
5129675-5,
5129675-6,
5129675-7,
5129675-8,
5129675-9,
5129676-1,
5129676-2,
5129676-3,
5129676-4,
5129676-5,
5129676-6,
5129676-7,
5129676-8,
5129676-9,
5129676-10,
5129879-1,
5129879-2,
5129879-3,

5129879-4,
5129879-5,
5129879-6,
5129203-1,
5129203-2,
5129203-3,
5129203-4,
5129203-5,
5129203-6,
5129203-7,
5129203-8,
5129203-9,
5129203-10,
5129203-11,
5129203-12,
5129203-13,
5129203-14,
5129862-1,
5129862-2,
5129862-3,
5129862-4,
5129862-5,
5129862-6,
5129862-7,
5129862-8,
5129862-9,
5128774-1,
5128774-2,
5128774-3,
5128774-4,
5128774-5,
5128774-6,
5128774-7,
5128774-8,
5128774-9,
5128774-10,
5128774-11,
5128774-12,
5129208-1,
5129208-2,
5129208-3,
5129208-4,
5129208-5,
5129208-6,
5129208-7,
5129208-8,
5129208-9,
5128495-1,
5128495-2,
5128495-3,
5128495-4,
5128495-5,
5128495-6,
5128495-7,
5128495-8,
5128495-9,
5128056-1,
5128056-2,

5128056-3,
5128056-4,
5128056-5,
5128056-6,
5128056-7,
5128056-8,
5128056-9,
5128635-1,
5128635-2,
5128635-3,
5128635-4,
5128635-5,
5128635-6,
5128635-7,
5128635-8,
5128635-9,
5128635-10,
5128635-11,
5128635-12,
5129183-1,
5129183-2,
5129183-3,
5129183-4,
5129183-5,
5129183-6,
5129183-7,
5129183-8,
5129183-9,
5129183-10,
5129183-11,

**Published:** May 2024

- **Individual Photographs:** 5129122-1,
5129122-2,
5129122-3,
5129122-4,
5129122-5,
5129122-6,
5129122-7,
5129122-8,
5129122-9,
5128641-1,
5128641-2,
5128641-3,
5128641-4,
5128641-5,
5128641-6,
5128641-7,
5128641-8,
5128641-9,
5129007-1,
5129007-2,
5129007-3,
5129007-4,
5129007-5,
5129007-6,
5129007-7,
5128498-1,

5128498-2,
5128498-3,
5128498-4,
5128498-5,
5128498-6,
5128498-7,
5128498-8,
5127972-1,
5127972-2,
5127972-3,
5127972-4,
5127972-5,
5127972-6,
5127972-7,
5128636-1,
5128636-2,
5128636-3,
5128636-4,
5128636-5,
5128636-6,
5128636-7,
5128636-8,
5128636-9,
5129230-1,
5129230-2,
5129230-3,
5129230-4,
5129230-5,
5129230-6,
5129230-7,
5129230-8,
5129230-9,
5129866-1,
5129866-2,
5129866-3,
5129866-4,
5129866-5,
5129866-6,
5129866-7,
5128773-1,
5128773-2,
5128773-3,
5128773-4,
5128773-5,
5128773-6,
5128773-7,
5128773-8,
5129562-1,
5129562-2,
5129562-3,
5129562-4,
5129562-5,
5129562-6,
5129562-7,
5129562-8,
5129562-9,
5129562-10,

**Published:** May 2024

- **Individual Photographs:** 5130688-1,
5130688-2,
5130688-3,
5130688-4,
5130688-5,
5130688-6,
5130688-7,
5130688-8,
5130240-1,
5130240-2,
5130240-3,
5130240-4,
5130240-5,
5130240-6,
5130240-7,
5130240-8,
5130240-9,
5130402-1,
5130402-2,
5130402-3,
5130402-4,
5130402-5,
5130402-6,
5130402-7,
5130402-8,
5131226-1,
5131226-2,
5131226-3,
5131226-4,
5131226-5,
5130388-1,
5130388-2,
5130388-3,
5130388-4,
5130388-5,
5130388-6,
5130388-7,
5130388-8,
5130388-9,
5130388-10,
5130388-11,
5131233-1,
5131233-2,
5131233-3,
5131233-4,
5131233-5,
5131233-6,
5131233-7,
5131233-8,
5131233-9,
5131233-10,
5130220-1,
5130220-2,
5130220-3,
5130220-4,
5130220-5,
5130220-6,

5130220-7,
5130220-8,
5130220-9,
5130014-1,
5130014-2,
5130014-3,
5130014-4,
5130014-5,
5130014-6,
5130014-7,
5130014-8,
5129969-1,
5129969-2,
5129969-3,
5129969-4,
5129969-5,
5129969-6,
5129969-7,
5129969-8,
5130991-1,
5130991-2,
5130991-3,
5130991-4,
5130991-5,
5130991-6,
5130991-7,
5130991-8,
5130991-9,
5130991-10,
5130991-11,
5131237-1,
5131237-2,
5131237-3,
5131237-4,
5131314-1,
5131314-2,
5131314-3,
5131314-4,
5130504-1,
5130504-2,
5130504-3,
5130504-4,
5130504-5,
5131214-1,
5131214-2,
5131214-3,
5131214-4,
5131216-1,
5131216-2,
5131216-3,
5131216-4,
5131218-1,
5131218-2,
5131218-3,
5131218-4,
5131261-1,
5131261-2,
5131261-3,

5131261-4,
5131312-1,
5131312-2,
5131312-3,
5131312-4,
5131313-1,
5131313-2,
5131313-3,
5131313-4,
5131231-1,
5131231-2,
5131231-3,
5131231-4,
5131319-1,
5131319-2,
5131319-3,
5131319-4,
5131337-1,
5131337-2,
5131337-3,
5131337-4,
5131337-5,
5131337-6,
5131337-7,
5131337-8,
5131230-1,
5131230-2,
5131230-3,
5131230-4,
5131316-1,
5131316-2,
5131316-3,
5131316-4,
5131317-1,
5131317-2,
5131317-3,
5131317-4,
5131318-1,
5131318-2,
5131318-3,
5131318-4,
5131318-5,
5131318-6,
5131318-7,
5131318-8,
5131318-9,
5131318-10,
5131318-11,
5131318-12,
5131318-13,

**Published:**    June 2024

- **Individual Photographs:**    5130992-1,
5130992-2,
5130992-3,
5130992-4,
5130992-5,
5130992-6,

5130992-7,
5130992-8,
5130016-1,
5130016-2,
5130016-3,
5130016-4,
5130016-5,
5130016-6,
5130016-7,
5130016-8,

**Published:** June 2024

- **Individual Photographs:** 5131532-1,
5131532-2,
5131532-3,
5131532-4,
5131532-5,
5131532-6,
5131532-7,
5131532-8,
5131532-9,
5131532-10,
5131532-11,
5131532-12,
5131409-1,
5131409-2,
5131409-3,
5131409-4,
5131409-5,
5131409-6,
5131409-7,
5131409-8,
5131409-9,
5131409-10,
5131409-11,
5127052-1,
5127052-2,
5127052-3,
5127052-4,
5127052-5,
5127052-6,
5127052-7,
5127052-8,
5127052-9,
5126509-1,
5126509-2,
5126509-3,
5126509-4,
5126509-5,
5126509-6,
5133120-1,
5133120-2,
5133120-3,
5133120-4,
5133121-1,
5133121-2,
5133121-3,
5133121-4,

5133121-5,
5133121-6,
5133128-1,
5133128-2,
5133128-3,
5133128-4,
5132120-1,
5132120-2,
5132120-3,
5132120-4,
5132594-1,
5132594-2,
5132594-3,
5132594-4,
5133125-1,
5133125-2,
5133125-3,
5133125-4,
5133050-1,
5133050-2,
5133050-3,
5133050-4,
5130223-1,
5130223-2,
5130223-3,
5130223-4,
5132209-1,
5132209-2,
5132209-3,
5132209-4,
5132403-1,
5132403-2,
5132403-3,
5132403-4,
5132005-1,
5132005-2,
5132005-3,
5132005-4,
5132460-1,
5132460-2,
5132460-3,
5132460-4,
5132026-1,
5132026-2,
5132026-3,
5132026-4,
5132017-1,
5132017-2,
5132017-3,
5132017-4,
5132458-1,
5132458-2,
5132458-3,
5132458-4,
5131411-1,
5131411-2,
5131411-3,
5131411-4,

5132284-1,
5132284-2,
5132284-3,
5132284-4,
5132284-5,
5132284-6,
5132283-1,
5132283-2,
5132283-3,
5132283-4,
5132013-1,
5132013-2,
5132013-3,
5132013-4,
5132025-1,
5132025-2,
5132025-3,
5132025-4,
5132118-1,
5132118-2,
5132118-3,
5132118-4,

**Published:** July 2024

- **Individual Photographs:** 5134722-1,
5134722-2,
5134722-3,
5134722-4,
5134724-1,
5134724-2,
5134724-3,
5134724-4,
5134724-5,
5134724-6,
5134724-7,
5134724-8,
5133875-1,
5133875-2,
5133875-3,
5133875-4,
5134631-1,
5134631-2,
5134631-3,
5134631-4,
5134875-1,
5134875-2,
5134875-3,
5134875-4,
5134101-1,
5134101-2,
5134101-3,
5134101-4,
5134160-1,
5134160-2,
5134160-3,
5134160-4,
5134267-1,
5134267-2,

5134267-3,
5134267-4,
5134650-1,
5134650-2,
5134650-3,
5134650-4,
5134036-1,
5134036-2,
5134036-3,
5134036-4,
5133449-1,
5133449-2,
5133449-3,
5133449-4,
5133874-1,
5133874-2,
5133874-3,
5133874-4,

**Published:** August 2024

- **Individual Photographs:** 5136956-1,
5136956-2,
5136956-3,
5136956-4,
5136957-1,
5136957-2,
5136957-3,
5136957-4,
5137062-1,
5137062-2,
5137062-3,
5137062-4,
5136962-1,
5136962-2,
5136962-3,
5136962-4,
5137423-1,
5137423-2,
5137423-3,
5137423-4,
5136603-1,
5136603-2,
5136603-3,
5136603-4,
5136594-1,
5136594-2,
5136594-3,
5136594-4,
5136650-1,
5136650-2,
5136650-3,
5136650-4,

**Published:** September 2024

- **Individual Photographs:** 5137699-1,
5137699-2,
5137699-3,
5137699-4,

5138856-1,
5138856-2,
5138856-3,
5138856-4,
5138798-1,
5138798-2,
5138798-3,
5138798-4,
5137698-1,
5137698-2,
5137698-3,
5137698-4,
5137911-1,
5137911-2,
5137911-3,
5137911-4,
5138116-1,
5138116-2,
5138116-3,
5138116-4,
5138118-1,
5138118-2,
5138118-3,
5138118-4,

**Published:** October 2024

- **Individual Photographs:** 5140599-1,
5140599-2,
5140599-3,
5140599-4,
5140633-1,
5140633-2,
5140633-3,
5140633-4,
5140635-1,
5140635-2,
5140635-3,
5140635-4,

**Published:** November 2024

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Earliest Publication Date in Group:** | March 25, 2024 |
| **Latest Publication Date in Group:** | November 19, 2024 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Wumei Lin |
| **Author Created:** | photographs |
| **Citizen of:** | China |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Wumei Lin |
| | Ma'anshan Community, Xixiang Street, Bao'an District, Shenzhen City, Guangdong Province, China, Shenzhen, 518000, China |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Wumei Lin |
| **Email:** | 877217435@qq.com |
| **Telephone:** | +8615989367146 |
| **Address:** | Ma'anshan Community, Xixiang Street, Bao'an District, Shenzhen City, Guangdong Province, China |
| | Shenzhen 518000 China |

## Certification

| | |
|---|---|
| **Name:** | Wumei Lin |
| **Date:** | March 09, 2025 |

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration #:**  VA0002441336
**Service Request #:**  1-14851922101

Emma Emma
919 South Winchester Blvd, Apt 453
San Jose, CA 95128 United States