# Exhibit 2

25-cv-15686 INFRINGEMENT EVIDENCE AND ILLINOIS DELIVERY

| Seller's Name | Copyrighted Photo | Infringer's Photo | Link to Infringing Photo |
|---|---|---|---|
| **Daffodily** | VA0002441336 | | https://www.tiktok.com/shop/pdp/women-2pcs-set-backless-sleeveless-tie-up-camisoles-with-briefs-summer-beach-wear-womenswear-check-y/1731445330826531053?source=301 |

Link to Defendant's Website:
https://www.tiktok.com/shop/store/daffodily/7496162026059630829?source=product_detail&enter_from=product_detail&enter_method=product_info_right_shop&first_entrance=301

