**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

WUMEI LIN,

   Plaintiff,

  v.

THE INDIVIDUALS,
CORPORATIONS, LIMITED
LIABILITY COMPANIES,
PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED IN SCHEDULE A et al.,

   Defendants.

Case No. 1:25-cv-15686

Judge Martha M. Pacold

**ORDER**

  Plaintiff Wumei Lin ("Plaintiff") moves for expedited discovery, [15],[1] against Daffodily ("Defendant"), the defendant identified in Plaintiff's amended complaint, [14]. The court GRANTS the motion per the following terms.

  Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for Defendant, or in connection with Defendant's internet store, including, without limitation, any online platforms such as TikTok or ByteDance, shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

  a. the identities and locations of Defendant, its officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated email addresses.

Dated: January 13, 2026        /s/ Martha M. Pacold

---

[1] Bracketed numbers refer to docket entries and are followed by page and / or paragraph number citations. Page numbers refer to the CM/ECF page number.